# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JOHN HAGEN; EUROMOTORWERKS, LLC dba EURO MOTORWERKS; CARRIE E. SORRENTO aka CARRIE SORRENTO-HAGEN aka CARRIE HAGEN,<br><br>Plaintiffs,<br><br>v.<br><br>LAST CHANCE FUNDING, INC., ANDREW PARKER, MITCHELL LEVY; DAVID A. RENTTO; ROBERT L. RENTTO, ESQ.; RENTTO & RENTTO PLC; ADAM J. FELDMAN; THE FELDMAN LAW FIRM, P.C.; and DOES 1 through 200; YELLOWSTONE CAPITAL WEST LLC; VADIM SEREBRO, ESQ.,<br><br>Defendants. | CASE NO.  3:19-CV-01559-DMS-MSB<br><br>**JOINT MOTION TO DISMISS ACTION WITH PREJUDICE**<br><br>**[FED. R. CIV. P. 41(a)]**<br><br>CASE FILED:  August 19, 2019<br>JUDGE:         Hon. Dana. M. Sabraw |

**TO THE COURT, TO ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Plaintiffs RICHARD JOHN HAGEN; EUROMOTORWERKS, LLC dba EURO MOTORWERKS; CARRIE E.

SORRENTO aka CARRIE SORRENTO-HAGEN aka CARRIE HAGEN (collectively, "Plaintiffs") and Defendants LAST CHANCE FUNDING, INC., ANDREW PARKER, MITCHELL LEVY; DAVID A. RENTTO; ROBERT L. RENTTO, ESQ.; RENTTO & RENTTO PLC; ADAM J. FELDMAN; THE FELDMAN LAW FIRM, P.C.; and DOES 1 through 200; YELLOWSTONE CAPITAL WEST LLC; and VADIM SEREBRO, ESQ. (collectively, "Defendants") hereby jointly move the Court to dismiss the above-captioned action, and request that the Court dismiss all of the claims asserted in Plaintiffs' operative First Amended Complaint, against all parties thereto, *with prejudice*, pursuant to Rule 41(a)(1), with each party to bear their own attorneys' fees and costs of suit.

DATED: October 1, 2019            LAW OFFICES OF MICHAEL A. ALFRED


By: */s/ Michael A. Alfred*
MICHAEL A. ALFRED
Attorneys for Plaintiffs
RICHARD JOHN HAGEN;
EUROMOTORWERKS, LLC dba
EURO MOTORWERKS; CARRIE
E. SORRENTO aka CARRIE
SORRENTO-HAGEN aka CARRIE
HAGEN


DATED: October 1, 2019            HIGGS FLETCHER & MACK LLP


By: */s/ Edwin M. Boniske*
ALEXIS S. GUTIERREZ, ESQ.
EDWIN M. BONISKE, ESQ.

Attorneys for Defendants
LAST CHANCE FUNDING, INC.,
ANDREW PARKER, ADAM J.
FELDMAN, and FELDMAN LAW
FIRM, P.C.

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: October 1, 2019 | MURPHY, PEARSON, BRADLEY & FEENEY |
| 3 | | |
| 4 | | |
| 5 | | By: /s/ John P. Girade |
| | | JOHN P. GIRADE |
| 6 | | KEVIN D. CARDONA |
| | | Attorneys for Defendants |
| 7 | | DAVID A. RENTTO, ROBERT L. RENTTO, and RENTTO & |
| 8 | | RENTTO PLC |
| 9 | DATED: October 2, 2019 | SMILEY WANG-EKVALL, LLP |
| 10 | | |
| 11 | | |
| 12 | | By: /s/ Sharon Oh-Kubisch |
| | | SHARON OH-KUBISCH |
| 13 | | Attorneys for Specially Appearing Defendants |
| | | WEST COAST BUSINESS |
| 14 | | CAPITAL, LLC f/k/a YELLOWSTONE CAPITAL WEST |
| 15 | | LLC and VADIM SEREBRO |