# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JOHN HAGEN; EUROMOTORWERKS, LLC dba EURO MOTORWERKS; CARRIE E. SORRENTO aka CARRIE SORRENTO-HAGEN aka CARRIE HAGEN,<br><br>Plaintiffs,<br><br>v.<br><br>LAST CHANCE FUNDING, INC., ANDREW PARKER, MITCHELL LEVY; DAVID A. RENTTO; ROBERT L. RENTTO, ESQ.; RENTTO & RENTTO PLC; ADAM J. FELDMAN; THE FELDMAN LAW FIRM, P.C.; and DOES 1 through 200; YELLOWSTONE CAPITAL WEST LLC; VADIM SEREBRO, ESQ.,<br><br>Defendants. | CASE NO.  3:19-CV-01559-DMS-MSB<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ACTION WITH PREJUDICE**<br><br>**[FED. R. CIV. P. 41(a)]**<br><br>CASE FILED:  August 19, 2019<br>JUDGE:            Hon. Dana. M. Sabraw |

1

2    Pending before the Court is a joint motion to dismiss the action with
3 prejudice.  Having reviewed the joint motion, and good cause appearing, the Court
4 **GRANTS** the joint motion and **DISMISSES** the action, including all claims
5 asserted by Plaintiffs RICHARD JOHN HAGEN; EUROMOTORWERKS, LLC
6 dba EURO MOTORWERKS; CARRIE E. SORRENTO aka CARRIE
7 SORRENTO-HAGEN aka CARRIE HAGEN in their First Amended Complaint,
8 **WITH PREJUDICE**.  Each party is to bear their own attorneys' fees and costs of
9 suit.  The Clerk is instructed to terminate the action.
10    **IT IS SO ORDERED.**
11
12 Dated:  October 2, 2019
13                                                                          _____
14                                                                          Hon. Dana M. Sabraw
                                                                            United States District Judge
15
16
17
18
19
20
21
22
23
24
25
26
27
28